In the Matter of the Application of JOSEPH C. HEALY, M. D., Petitioner, for an Order of Certiorari against ORRIN C. BLOUNT, Respondent.— On reargument in certiorari proceeding determination annulled on the law and facts, without costs, and charges dismissed, without costs. (See *Matter of Healy*, 243 App. Div. 675.) All concur. (Certiorari to review dismissal from office of a physician.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

HUBERT L. CANFIELD, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23588.) — Judgment affirmed, with costs. All concur. (The judgment dismisses a claim for personal injuries caused by automobile skidding on highway.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

HILDEGARD CANFIELD, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23587.) — Judgment affirmed, with costs. Certain findings of fact and conclusions of law disapproved and reversed on the facts and new findings made. Memorandum: In affirming this judgment we exercise the power given us by section 584 of the Civil Practice Act to reverse certain findings and make new findings. (*Ely* v. *Barrett*, 224 N. Y. 550; *Rives* v. *Bartlett*, 215 id. 33, 38; *Reich* v. *Cochran*, 196 App. Div. 248, 254; appeal dismissed, 236 N. Y. 576; writ of error dismissed, 265 U. S. 574; *Fraser* v. *Kent*, 194 App. Div. 742.) All concur. (The judgment dismisses a claim for personal injuries caused by automobile skidding on highway.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

LOUIS PEROTTI, an Infant, by ANTHONY PEROTTI, His Guardian ad Litem, Respondent, v. BOARD OF EDUCATION OF THE CITY OF BUFFALO, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages for personal injuries caused by the fall of a punching machine in a public school. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

ANTHONY PEROTTI, Respondent, v. BOARD OF EDUCATION OF THE CITY OF BUFFALO, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages for loss of services of plaintiff's son injured by the fall of a punching machine. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST L. WOOD, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts the defendant of the crime of rape, second degree.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

DELBERT GRESENS, as Administrator, etc., of EDWARD A. GRESENS, Deceased, Appellant, v. CATARACT BREWING COMPANY, INC., and Another, Defendants, and PATRICK J. MONAGHAN, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages for death of intestate in an automobile collision. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

J. W. STORANDT MANUFACTURING COMPANY, Appellant, v. JAMES KOKEN, Respondent.— Order affirmed, with costs. All concur. (The order grants a motion for a new trial in an action to recover for merchandise sold.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CHARLES COCHRANE, Respondent, v. JOSEPH J. FAHEY, JR., and Another, Appellants.— Same decision and like cause of action as in companion case (*Cochrane* v. *Fahey*, 245 App. Div. 41). Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.